# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 2

Rodney Harold Friesz,                            Petitioner and Appellant

     v.

State of North Dakota,                           Respondent and Appellee

## No. 20190178

Appeal from the District Court of Morton County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Laura C. Ringsak, Bismarck, ND, for petitioner and appellant; submitted on brief.

Gabrielle J. Goter, Assistant State's Attorney, Mandan, ND, for respondent and appellee; submitted on brief.

**Per Curiam.**

[¶1]   Rodney Friesz appeals from a district court order denying his application for post-conviction relief.   Following an evidentiary hearing, the court determined Friesz failed to satisfy the *Strickland* test for ineffective assistance of counsel.   *Strickland v. Washington*, 104 S.Ct. 2052 (1984).   We conclude the court did not clearly err in denying Friesz's application for post-conviction relief.   We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Lisa Fair McEvers
Gerald W. VandeWalle
Daniel J. Crothers
Jerod E. Tufte